| **Fill in this information to identify your case:** |
|---|
| United States Bankruptcy Court for the: |
| SOUTHERN DISTRICT OF NEW YORK |
| Case number *(if known)* _____   Chapter **11** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  
27 Putnam Ave LP

**2. All other names debtor used in the last 8 years**  
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number** (EIN)  
46-1177503

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **114 East 13th Street**  **New York, NY 10003** | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **New York** | **Location of principal assets, if different from principal place of business** |
| County | **27-29 Putnam Avenue Brooklyn, NY 11238** |
| | Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL)   _____

**6. Type of debtor**  
☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
■ Partnership (excluding LLP)  
☐ Other. Specify: _____

Debtor **27 Putnam Ave LP**     Case number (*if known*) _____
     Name

**7. Describe debtor's business**

A. *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☒ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☐ None of the above

B. *Check all that apply*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

    __5313__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11. *Check all that apply*:
  - ☒ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

☒ No.
☐ Yes.

If more than 2 cases, attach a separate list.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____ Relationship _____
District _____ When _____ Case number, if known _____

Debtor **27 Putnam Ave LP**  Case number (*if known*) _____
Name

**11. Why is the case filed in *this district*?**

*Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
- ☐ No
- ☐ Yes. Insurance agency _____
       Contact name _____
       Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**    *Check one:*

- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor **27 Putnam Ave LP**  Case number (*if known*)
Name

| | Request for Relief, Declaration, and Signatures |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **October 25, 2019**
MM / DD / YYYY

**X** **/s/ David Schieble**         **David Schieble**
Signature of authorized representative of debtor    Printed name

Title **Clinton Hill GP LLC, by David Scheible, authorized signatory**

**18. Signature of attorney**

**X** **/s/ Mark Frankel**      Date **October 25, 2019**
Signature of attorney for debtor    MM / DD / YYYY

**Mark Frankel**
Printed name

**Backenroth Frankel & Krinsky, LLP**
Firm name

**800 Thrid Avenue**
**New York, NY 10022**
Number, Street, City, State & ZIP Code

Contact phone **(212) 593-1100**    Email address

**1989 NY**
Bar number and State

Fill in this information to identify the case:

Debtor name: **27 Putnam Ave LP**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF NEW YORK**

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Atlantic Intercom Services** 652 Central Park Ave Yonkers, NY 10704 | | **Vendor** | | | | $631.00 |
| **Audrey Signs** 600 W 57 St. Fl 3 New York, NY 10019 | | **Vendor** | | | | $483.00 |
| **Berline Lucien** 1564 Union St. Apt 3C Brooklyn, NY 11213 | | **Unknown** | | | | $0.00 |
| **Best Housekeeping Ind. Inc.** 17 Avenue A New York, NY 10009 | | **Vendor** | | | | $653.00 |
| **City of New York - ECB** Environmental Control Board 66 John St New York, NY 10038 | | **Possible Violations** | | | | $0.00 |
| **City of New York HPD** Dept. of Housing Preservation & Dev. 100 Gold Street, 6th Fl New York, NY 10038 | | **Violations** | **Unliquidated** | | | $4,250.00 |
| **Con Edison** 4 Irving Pl New York, NY 10003 | | **Utilities** | | | | $585.00 |
| **Jack Jaffa** 147 Prince Street Brooklyn, NY 11201 | | **Vendor** | | | | $550.00 |

Debtor **27 Putnam Ave LP**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Kossoff, PLLC** <br> **271 Broadway Suite 401** <br> **New York, NY 10007** | | **Attorney** | | | | $1,187.00 |
| **Miguels Locksmith** <br> **672 4th Ave Ste 2** <br> **Brooklyn, NY 11232** | | **Vendor** | | | | $294.00 |
| **NYC Corporate Tax** <br> **66 John Street, Rm 104** <br> **New York, NY 10038** | | **Possible tax** | | | | $0.00 |
| **NYC Dept of Finance** <br> **attn: Legal Affairs** <br> **345 Adams St, 3rd Floor** <br> **Brooklyn, NY 11201-3719** | | **Tax** | | | | $125.00 |
| **NYC Water Board** <br> **PO Box 11863** <br> **Newark, NJ 07101-8163** | | **Utility** | **Unliquidated** | | | $15,977.00 |
| **NYS Dept of Tax & Finance** <br> **Bankruptcy Unit** <br> **PO Box 5300** <br> **Albany, NY 12205** | | **Possible Tax** | | | | $0.00 |
| **Statewide Oil & Heating** <br> **611 Court St** <br> **Brooklyn, NY 11231** | | **Vendor** | | | | $1,579.00 |
| **Time Warner Cable** <br> **41-61 Kissena Blvd.** <br> **Flushing, NY 11355** | | **Utility** | **Unliquidated** | | | $524.00 |
| **Tuttle Yick LLP** <br> **220 E 42 St Fl 29** <br> **New York, NY 10017** | | **Attorney** | | | | $701.00 |
| **Webster Lock & Hardware** <br> **2471 Webster Ave** <br> **Bronx, NY 10458** | | **Vendor** | | | | $2,041.00 |

# United States Bankruptcy Court
### Southern District of New York

In re  **27 Putnam Ave LP**                                                            Case No.
                                    Debtor(s)                                           Chapter  **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **ClintonHill Mezz Borrower LP**<br>**114 East 13th Street**<br>**New York, NY 10003** | | | |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Clinton Hill GP LLC, by David Scheible, authorized signatory** of the partnership named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **October 25, 2019**                                    Signature  **/s/ David Schieble**
                                                                         **David Schieble**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

```
Internal Revenue Service
c/o US Attorney Claims Unit
One Saint Andrews Plaza Rm 417
New York, NY 10007


Office of The United States Trustee
U.S. Federal Office Building
201 Varick Street
Suite 1006
New York, NY 10014


United States of America
c/o U.S. Attorney
86 Chambers Street
New York, NY 10007


NYS Dept of Tax & Finance
Bankruptcy Unit
PO Box 5300
Albany, NY 12205


State of New York
Attorney General's Office
120 Broadway
New York, NY 10271


City of New York
NYC Law Department
100 Church St
New York, NY 10007


NYC Department of Finance
66 John Street
New York, NY 10038


Backenroth Frankel & Krinsky
800 Third Avenue
11th Floor
New York, NY 10022


423 Grand Ave LP
114 East 13th Street
New York, NY 10003
```

```
429 Grand Ave LP
114 East 13th Street
New York, NY 10003


90 Downing St LP
114 East 13th Street
New York, NY 10003


Alan Goldberg, Paul Arkoian
29 Putnam Ave
Apt2E
Brooklyn, NY 11238


Albert Hallman
29 Putnam Ave
Apt 4B
Brooklyn, NY 11238


Andrew Ramcharan
29 Putnam Ave
Apt 4E
Brooklyn, NY 11238


Atlantic Intercom Services
652 Central Park Ave
Yonkers, NY 10704


Audrey Signs
600 W 57 St. Fl 3
New York, NY 10019


Basile Chauffour, Madison Boriskin
29 Putnam Ave
Apt 3C
Brooklyn, NY 11238


Berline Lucien
1564 Union St. Apt 3C
Brooklyn, NY 11213


Best Housekeeping Ind. Inc.
17 Avenue A
New York, NY 10009
```

```
Brian Decourcy
29 Putnam Ave
Apt 3D
Brooklyn, NY 11238


Christina Ferwerda, Hargis Vuong
29 Putnam Ave
Apt 2B
Brooklyn, NY 11238


City of New York - ECB
Environmental Control Board
66 John St
New York, NY 10038


City of New York HPD
Dept. of Housing Preservation & Dev.
100 Gold Street, 6th Fl
New York, NY 10038


Con Edison
4 Irving Pl
New York, NY 10003


Courtney Klender, Maya Hutchison
Kegan Quimbly
29 Putnam Ave, Apt. 3E
Brooklyn, NY 11238


DS-CREF3 Clinton Senior Notebuyer LLC
114 East 13th Street
New York, NY 10003


Eli Schmitt, Megan Hicks
29 Putnam Ave
Apt 4D
Brooklyn, NY 11238


Elise McClean
29 Putnam Ave
Apt 2A
Brooklyn, NY 11238
```

```
Hannah Winkler
29 Putnam Ave
Apt 3A
Brooklyn, NY 11238


Harrison Brown
29 Putnam Ave
Apt 1B
Brooklyn, NY 11238


Jack Jaffa
147 Prince Street
Brooklyn, NY 11201


Jazmine Dugall
29 Putnam Ave
Apt 4C
Brooklyn, NY 11238


Joseph Lorwin
29 Putnam Ave
Apt 1D
Brooklyn, NY 11238


Kossoff, PLLC
271 Broadway Suite 401
New York, NY 10007


Leigh Delollis, Joann Giouros
29 Putnam Ave
Apt 4A
Brooklyn, NY 11238


Miguels Locksmith
672 4th Ave Ste 2
Brooklyn, NY 11232


Nathan Manuel
29 Putnam Ave
Apt 3B
Brooklyn, NY 11238


NYC Corporate Tax
66 John Street, Rm 104
New York, NY 10038
```

NYC Dept of Finance
attn: Legal Affairs
345 Adams St, 3rd Floor
Brooklyn, NY 11201-3719

NYC Water Board
PO Box 11863
Newark, NJ 07101-8163

Rose Burns
29 Putnam Ave
Apt 1A
Brooklyn, NY 11238

Sandra Ford
29 Putnam Ave
Apt 2D
Brooklyn, NY 11238

Statewide Oil & Heating
611 Court St
Brooklyn, NY 11231

Tara Duvivier
29 Putnam Ave
Apt 2C
Brooklyn, NY 11238

Time Warner Cable
41-61 Kissena Blvd.
Flushing, NY 11355

Tuttle Yick LLP
220 E 42 St Fl 29
New York, NY 10017

Webster Lock & Hardware
2471 Webster Ave
Bronx, NY 10458

**United States Bankruptcy Court**
**Southern District of New York**

In re   **27 Putnam Ave LP**                                                      Case No.
                                          Debtor(s)                               Chapter   **11**

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **David Scheible**, declare under penalty of perjury that I am an authorized signatory of **Clinton Hill GP LLC, general partner of 27 Putnam Ave LP**, and that the following is a true and correct copy of the resolutions adopted at a special meeting duly called and held on the **22nd** day of **October**, 20**19**.

"Whereas, it is in the best interest of this LP to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Clinton Hill GP LLC, by David Scheible, authorized signatory, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case; and

Be It Further Resolved, that Clinton Hill GP LLC, by David Scheible, authorized signatory is authorized and directed to appear in all bankruptcy proceedings and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents in connection with such bankruptcy case, and

Be It Further Resolved, that Clinton Hill GP LLC, by David Scheible, authorized signatory is authorized and directed to employ the law firm of **Backenroth Frankel & Krinsky, LLP** in such bankruptcy case."

Date   **October 22 , 2019**                              Signed   **/s/ David Scheible, authorized signatory**

# Resolution of
## 27 Putnam Ave LP

Whereas, it is in the best interest of this LP to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter **11** of Title 11 of the United States Code;

Be It Therefore Resolved, thatClinton Hill GP LLC, by David Scheible, authorized signatory is authorized and  directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case; and

Be It Further Resolved, thatClinton Hill GP LLC, by David Scheible, authorized signatory is authorized and directed to appear in all bankruptcy proceedings and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on in connection with such bankruptcy case, and

Be It Further Resolved, thatClinton Hill GP LLC, by David Scheible, authorized signatory is authorized and directed to employ the law firm of **Backenroth Frankel & Krinsky, LLP** to in such bankruptcy case.