# United States Bankruptcy Court
## Southern District of New York

In re    **27 Putnam Ave LP**                                    Case No.    **19-13412**
                                    Debtor(s)                    Chapter     **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Clinton Hill GP LLC, by David Scheible, authorized signatory of the partnership named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **October 25, 2019**                    **/s/ David Schieble**
                                                 **David Schieble**/**Clinton Hill GP LLC, by David Scheible, authorized signatory**
                                                 Signer/Title