Mary Joanne Dowd
ARENT FOX LLP
1717 K Street, NW
Washington, DC 20006-5344
(202) 857-6059

*Counsel to Pacific Western Bank, a California state-chartered bank*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
In re:                                                       :    Chapter 11
                                                             :
27 PUTNAM AVE LP, *et al.*,                                  :    Case No. 19-13412 (REG)
                                                             :
                                  Debtors.[1]                :    Jointly Administered
                                                             :
------------------------------------------------------------x

## NOTICE OF APPEARANCE
## AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that party in interest Pacific Western Bank ("PWB"), a California state-chartered bank, by and through its counsel, Arent Fox LLP, hereby appears in the above-captioned cases pursuant to section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code") and Rules 2002, 3017, 9007, and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and requests that copies of all notices and pleadings given or filed in the above-captioned cases be given and served upon the person listed below at the following address, telephone and facsimile number, and e-mail address:

> Mary Joanne Dowd
> ARENT FOX LLP
> 1717 K Street, NW
> Washington, DC 20006-5344
> Telephone: (202) 857-6059
> Facsimile: (202) 857-6395
> Email: mary.dowd@arentfox.com

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: 27 Putnam Ave LP (7503); 90 Downing St LP (7503); 423 Grand Ave LP (7503); and 429 Grand Ave LP (7503)..

AFDOCS/17512478.1

*With offices in New York at*:

1301 Avenue of the Americas, Floor 42
New York, NY 10019

PLEASE TAKE FURTHER NOTICE that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, any orders and notice of any application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral and whether transmitted or conveyed by mail, e-mail, facsimile, telephone, telegraph, telex, hand delivery, overnight carrier, or otherwise filed or made with regard to the above-captioned cases and proceedings therein.

PLEASE TAKE FURTHER NOTICE that the undersigned intends that neither this Notice of Appearance and Request for Service of Papers nor any other appearance, pleading, claim or suit shall be deemed or construed to be a waiver of the rights of PWB: (1) to have final orders in noncore matters entered only after *de novo* review by a District Judge; (2) to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases; (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (4) or any other rights, claims, actions, setoffs, or recoupments to which PWB is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments PWB expressly reserves.

Dated:   Washington, DC
         March 10, 2020

ARENT FOX LLP

By:   */s/ Mary Joanne Dowd*
      Mary Joanne Dowd
      1717 K Street, NW
      Washington, DC 20006-5344
      (202) 857-6059

      *Counsel to Pacific Western Bank, a
      California state-chartered bank*

- 2 -

AFDOCS/17512478.1