Mark Frankel  
Backenroth Frankel & Krinsky, LLP  
800 Third Avenue, Floor 11  
New York, New York 10022  
(212) 593-1100  

Hearing Date: June 30, 2020  
10:00 a.m.

UNITED STATES BANKRUPTCY COURT  
SOUTHERN DISTRICT OF NEW YORK  
-------------------------------------------------------------x  
In re                                              Chapter 11  

    27 Putnam Ave LP *et al*,[1],        Case No. 19-13412  

              Debtor.  
-------------------------------------------------------------x  

## NOTICE OF HEARING

      PLEASE TAKE NOTICE, that a hearing will be held before the Honorable Robert E. Grossman at the United States Bankruptcy Court, One Bowling Green, New York, New York 10004, on June 30, 2020 at 11:00 a.m., or as soon thereafter as counsel can be heard, to consider the application of 90 Downing St LP for an order under section 502(b) of the Bankruptcy Code expunging claim 13 of Whitney Vairin, Jennifer Hansen.

      PLEASE TAKE FURTHER NOTICE, that objections shall be filed with the Clerk of the Bankruptcy Court, One Bowling Green, New York, New York 10004, and served upon the undersigned to be received at least seven days prior to the hearing date.

Dated: New York, New York  
       May 27, 2020  

                        BACKENROTH FRANKEL & KRINSKY, LLP  
                        Attorneys for the Plan Administrator  

                        By: s/Mark A. Frankel  
                            800 Third Avenue  
                            New York, New York 10022  
                            (212) 593-1100  

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: 27 Putnam Ave LP (7503); 90 Downing St LP (7503); 423 Grand Ave LP (7503); and 429 Grand Ave LP (7503).

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re                                                          Chapter 11

    27 Putnam Ave LP *et al*,[1],         Case No. 19-13412

    Debtor.
------------------------------------------------------------x

## OBJECTION TO CLAIM

90 Downing St LP, one of the jointly consolidated debtors herein (the "Debtor"), as and for its application for an order under section 502(b) of the Bankruptcy Code expunging claim 13 in the amount of $180,000 (the "Claim") of Whitney Vairin, Jennifer Hansen (collectively, "Claimant") under section 502(b) of the Bankruptcy Code, respectfully represents as follows: the Claim was filed late and fails to establish excusable neglect.

## BACKGROUND

1. On October 25, 2019, the Debtor filed a Chapter 11 petition under Title 11 of the United States Code, 11 U.S.C. 101 et seq. (the "Bankruptcy Code").

2. Each of the consolidated debtors herein owns an adjacent apartment building in the Clinton Hill neighborhood of Brooklyn. The Debtor owns the property at 88-100 Downing Street.

3. By order dated January 15, 2020, this Court fixed February 28, 2020 as the last day to file claims. On January 17, 2020, the undersigned filed the attached Certificate of

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: 27 Putnam Ave LP (7503); 90 Downing St LP (7503); 423 Grand Ave LP (7503); and 429 Grand Ave LP (7503).

Service. On page 11 of 13 of the Certificate of Service there is an indication that the bar date notice annexed to the January 15, 2020 order was served on Whitney Vairin, Jennifer Hansen.

4. The Claimant filed the Claim on May 18, 2020, about six weeks late.

## OBJECTION

5. Generally, late filed claims are disallowed in bankruptcy absent excusable neglect. *Pioneer Inv. Servs. Co. v. Brunswick Assocs. Ltd. P'ship*, 507 U.S. 380, 113 S. Ct. 1489, 123 L. Ed. 2d 74 (1993); *In re Enron Corp.*, 419 F.3d 115 (2d Cir. 2005).

6. Here, the record reflects no basis upon which to allow the Claim under the *Pioneer* excusable neglect standard.

7. The Claim, therefore, should be expunged.

8. No prior request for the relief sought has been made to this or any other Court.

## CONCLUSION

WHEREFORE, the Debtor respectfully requests that the Court enter an order expunging Claim 13, and that the Court grant such other, further and different relief as may be just and proper.

Dated: New York, New York
       May 27, 2020

                                        BACKENROTH FRANKEL & KRINSKY, LLP
                                        Attorneys for the Debtor

                                  By:    s/Mark Frankel
                                               800 Third Avenue
                                               New York, New York 10022
                                               (212) 593-1100

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re                                                                    Chapter 11

    27 Putnam Ave LP *et al*,[1]              Case No. 19-13412

    Debtor.
-----------------------------------------------------------x

# **ORDER GRANTING OBJECTION TO CLAIM NO. 10**

Upon the application ("Application") of Mark Frankel, 90 Downing St 27 Putnam Ave LP for an order expunging or reducing Claim 13 filed by Whitney Vairin, Jennifer Hansen, and upon the hearing held before the Bankruptcy Court on June 30, 2020, and after due deliberation and sufficient cause appearing therefor, it is

ORDERED, that claim 13 against 90 Downing St LP be, and it hereby is, expunged.

Dated: New York, New York
       June ___, 2020

 

_____
UNITED STATES BANKRUPTCY JUDGE

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: 27 Putnam Ave LP (7503); 90 Downing St LP (7503); 423 Grand Ave LP (7503); and 429 Grand Ave LP (7503).

Mark Frankel
Backenroth Frankel & Krinsky, LLP
800 Third Avenue, Floor 11
New York, New York 10022
(212) 593-1100
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x

| | |
|---|---|
| In re | Chapter 11 |
|     27 Putnam LP, *et al*,[1] | Case No. 19-13412 (RG) (RG) |
| | Jointly Administered |
|                       Debtors. | |

----------------------------------------------------------x

## NOTICE OF DEADLINES FOR FILING OF PROOFS OF CLAIM

TO ALL PERSONS AND ENTITIES WITH CLAIMS AGAINST 27 PUTNAM LP, 90 DOWNING ST LP, 423 GRAND AVE LP, AND 429 GRAND AVE LP, THE DEBTORS IN THE ABOVE-CAPTIONED CHAPTER 11 CASES, PLEASE TAKE NOTICE OF THE FOLLOWING:

      The United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") entered an order (the "Bar Date Order") establishing **February 28, 2020 at 5:00 p.m. (prevailing Eastern Time)** (the "General Bar Date") as the last date and time for each person or entity (including individuals, partnerships, corporations, joint ventures, trusts and governmental units) to file a proof of claim against any of the Debtors listed on page 6 of this Notice (the "Debtors"). Solely as to governmental units the Bar Date Order established **April 24, 2020 at 5:00 p.m. (prevailing Eastern Time)** as the last date and time for each such governmental unit to file a proof of claim against the Debtors (the "Governmental Bar Date," and, together with the General Bar Date, the "Bar Dates").

      The Bar Dates and the procedures set forth below for filing proofs of claim apply to all claims (i) against any of the Debtors that arose prior to October 25, 2019 , the date on which the Debtors commenced cases under chapter 11 of the United States Bankruptcy Code (the "Filing Date"), except for claims listed in section 4 below that are specifically excluded from the applicable Bar Date filing requirement.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: 27 Putnam LP (7503); 90 Downing St LP (7503); 423 Grand Ave LP (7503); and 429 Grand Ave LP (7503).

## 1. WHO MUST FILE A PROOF OF CLAIM

You MUST file a proof of claim to vote on a chapter 11 plan filed by the Debtors or to share in distributions from the Debtors' bankruptcy estates if you have a claim that arose prior to the Filing Date and it is not one of the types of claims described in Section 4 below. Claims based on acts or omissions of the Debtors that occurred before the Filing Date must be filed on or prior to the applicable Bar Date, even if such claims are not now fixed, liquidated or certain or did not mature or become fixed, liquidated or certain before the applicable Filing Date.

Under Section 101(5) of the Bankruptcy Code and as used in this Notice, the word "claim" means: (a) a right to payment, whether or not such right is reduced to judgment, liquidated, unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal, equitable, secured, or unsecured; or (b) a right to an equitable remedy for breach of performance if such breach gives rise to a right to payment, whether or not such right to an equitable remedy is reduced to judgment, fixed, contingent, matured, unmatured, disputed, undisputed, secured or unsecured.

## 2. WHAT TO FILE

Each filed proof of claim must conform substantially to Official Form No. 410. Copies of the Proof of Claim Form may be obtained at www.uscourts.gov/forms/bankruptcy-forms. All proofs of claim must be **signed** by the claimant or, if the claimant is not an individual, by an authorized agent of the claimant. Each proof of claim must be written in English and be denominated in United States currency. You should attach to each completed proof of claim any documents on which the claim is based (if voluminous, attach a summary) or an explanation as to why the documents are not available.

Your proof of claim form must not contain complete social security numbers or taxpayer identification numbers (only the last four digits), a complete birth date (only the year), the name of a minor (only the minor's initials) or a financial account number (only the last four digits of such financial account).

Any holder of a claim against more than one Debtor must file a separate proof of claim with respect to each such Debtor and all holders of claims must identify on their proof of claim the specific Debtor against which their claim is asserted and the case number of that Debtor's bankruptcy case.

Your proof of claim form must not contain complete social security numbers or taxpayer identification numbers (only the last four digits), a complete birth date (only the year), the name of a minor (only the minor's initials) or a financial account number (only the last four digits of such financial account).

The names of the Debtors and their respective case numbers are 27 Putnam LP, Case No. 19-13412 (RG); 90 Downing St LP, Case No. 19-13413; 423 Grand Ave LP, Case No. 19-13414; and 429 Grand Ave LP, Case No. 19-14315.

**3. WHEN AND WHERE TO FILE**

Except as provided for herein, all proofs of claims must be filed so as to be actually received on or before February 28, 2020 at 5:00 p.m. (prevailing Eastern Time), or solely as to governmental units on or before April 24, 2020 at 5:00 p.m. (prevailing Eastern Time).

Attorneys (with full access accounts) and employees of institutional creditors (with limited access accounts) should file proofs of claim electronically on the Court's Case Management/Electronic Case File ("CM/ECF") system.

Those without accounts with the CM/ECF system may create electronically and file proofs of claim through the "File A Proof of Claim" link on the Court's website at www.nysb.uscourts.gov or by mailing or delivering the original proof of claim to the Court at the address provided below:

United States Bankruptcy Court,
Southern District of New York
One Bowling Green, New York, New York 10004

Proofs of claim will be deemed timely filed only when received by the Bankruptcy Court on or before 5:00 p.m. (prevailing Eastern Time) on the applicable Bar Date. Proofs of claim may not be delivered by facsimile, telecopy or electronic mail transmission.

4.     **CLAIMS FOR WHICH PROOFS OF CLAIM NEED NOT BE FILED**

You do not need to file a proof of claim on behalf of a claim on or prior to the applicable Bar Date if the claim falls into one of the following categories:

- A. Any claim that has already been asserted in a proof of claim against the Debtors with the Clerk of the Bankruptcy Court for the Southern District of New York in a form substantially similar to Official Bankruptcy Form No. 410;

- B. Any claim that is listed on the Debtors' schedules of assets and liabilities and/or schedules of executory contracts and unexpired leases (collectively, the "Schedules"); provided that (i) the claim is **not** scheduled as "disputed" "contingent" or "unliquidated"; (ii) the claimant does not disagree with the amount, nature and priority of the claim as set forth in the Schedules; **and** (iii) the claimant does not dispute that the claim is an obligation only of the specific Debtor against which the claim is listed in the Schedules;

- C. Any claim previously allowed by an Order of the Court;

- D. Any claim that has been paid in full by any of the Debtors;

3

E.  Any claim for which a different deadline has previously been fixed by the Court;

F.  Any claim by one Debtor against another Debtor; or

G.  Any claim allowable under sections 503(b) and 507(a)(2) of the Bankruptcy Code as an expense of administration of the Debtors' estates.

If you are a holder of an equity interest in the Debtors, you need not file a proof of interest with respect to the ownership of such equity interest at this time. However, if you assert a claim against the Debtors, including a claim relating to such equity interest or the purchase or sale of such interest, a proof of such claim must be filed on or prior to the General Bar Date pursuant to procedures set forth in this Notice.

This Notice is being sent to many persons and entities that have had some relationship with or have done business with the Debtors but may not have an unpaid claim against the Debtors. The fact that you have received this Notice does not mean that you have a claim or that the Debtors or the Court believes that you have a claim against the Debtors.

**5. EXECUTORY CONTRACTS AND UNEXPIRED LEASES**

If you have a claim arising out of the rejection of an executory contract or unexpired lease as to which the order authorizing such rejection is dated on or before the date of entry of the Bar Date Order, you must file a proof of claim by the applicable Bar Date. Any person or entity that has a claim arising from the rejection of an executory contract or unexpired lease, as to which the order is dated after the date of entry of the Bar Date Order, you must file a proof of claim with respect to such claim by the date fixed by the Court in the applicable order authorizing rejection of such contract or lease.

**6. CONSEQUENCES OF FAILURE TO FILE A PROOF OF CLAIM BY THE APPLICABLE BAR DATE**

ANY HOLDER OF A CLAIM THAT IS NOT EXEMPTED FROM THE REQUIREMENTS OF THE BAR DATE ORDER, AS SET FORTH IN SECTION 4 ABOVE, AND THAT FAILS TO TIMELY FILE A PROOF OF CLAIM IN THE APPROPRIATE FORM SHALL NOT BE TREATED AS A CREDITOR WITH RESPECT TO SUCH CLAIM FOR THE PURPOSES OF VOTING ON ANY PLAN OF REORGANIZATION FILED IN THESE CASES AND PARTICIPATING IN ANY DISTRIBUTION IN THE DEBTORS' CASES ON ACCOUNT OF SUCH CLAIM.

19-13412-jg Doc 22 Filed 01/16/20 Entered 01/16/20 04:39:32 Main Document Pg 5 of 13

**7. THE DEBTORS' SCHEDULES AND ACCESS THERETO**

   You may be listed as the holder of a claim against one or more of the Debtors in the Debtors' Schedules. If you rely on the Debtors' Schedules, it is your responsibility to determine that your claim is accurately listed in the Schedules. If you agree with the nature, amount and status of your claim as listed in the Debtors' Schedules, and if you do not dispute that your claim is only against the Debtor specified by the Debtors, and if your claim is not described as "disputed," "contingent," or "unliquidated," you need not file a proof of claim. Otherwise, or if you decide to file a proof of claim, you must do so before the applicable Bar Date in accordance with the procedures set forth in this Notice.

   Copies of the Debtors' Schedules are available for inspection on the Court's Internet Website at http://www.nysb.uscourts.gov. A login and password to the Court's Public Access to Electronic Court Records ("PACER") are required to access this information and can be obtained through the PACER Service Center at http://www.pacer.gov. Copies of the Schedules may also be examined between the hours of 9:00 a.m. and 4:30 p.m. (Eastern time), Monday through Friday, at the Office of the Clerk of the Bankruptcy Court, One Bowling Green, New York, New York 10004. Copies of the Debtors' Schedules may also be obtained by request to Debtors' counsel at Backenroth Frankel & Krinsky, LLP, 800 3rd Ave., Floor 11, New York, New York 10022, Attn Mark Frankel (212) 593 1100, mfrankel@bfklaw.com

**A holder of a possible claim against the Debtors should consult an attorney regarding any matters not covered by this notice, such as whether the holder should file a proof of claim.**


Dated: New York, New York           BY ORDER OF THE COURT
   January 6, 2020


Backenroth Frankel & Krinsky, LLP,
800 Third Avenue
New York, New York 10022
(212) 593-1100
Attn: Mark Frankel

5

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: 27 Putnam Ave LP | CASE NO: 19-13412 |
| | **DECLARATION OF MAILING CERTIFICATE OF SERVICE** |
| | Chapter: 11 |

On 1/16/2020, I did cause a copy of the following documents, described below,

Bar Date Notice

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 1/16/2020

/s/ Mark Frankel
Mark Frankel  1989
Backenroth Frankel & Krinsky, LLP
800 Thrid Avenue
New York, NY  10022-0000
212 593 1100

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: 27 Putnam Ave LP | CASE NO: 19-13412 |
| | **CERTIFICATE OF SERVICE** |
| | **DECLARATION OF MAILING** |
| | Chapter: 11 |

On 1/16/2020, a copy of the following documents, described below,

Bar Date Notice

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 1/16/2020

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Mark Frankel
Backenroth Frankel & Krinsky, LLP
800 Thrid Avenue
New York, NY 10022-0000

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL.
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" WERE SERVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

```
27 PUTNAM AVE LP                    MANHATTAN DIVISION                  423 GRAND AVE LP
114 EAST 13TH STREET                ONE BOWLING GREEN                   114 EAST 13TH STREET
NEW YORK NY 10003-5329              NEW YORK NY 10004-1415              NEW YORK NY 10003-5329




DEBTOR                              90 DOWNING ST LP                    ALAN GOLDBERG PAUL ARKOIAN
429 GRAND AVE LP                    114 EAST 13TH STREET                29 PUTNAM AVE
114 EAST 13TH STREET                NEW YORK NY 10003-5329              APT2E
NEW YORK NY 10003-5329                                                  BROOKLYN NY 11238-2461




ALBERT HALLMAN                      ANDREW RAMCHARAN                    ATLANTIC INTERCOM SERVICES
29 PUTNAM AVE                       29 PUTNAM AVE                       652 CENTRAL PARK AVE
APT 4B                              APT 4E                              YONKERS NY 10704-2072
BROOKLYN NY 11238-2458              BROOKLYN NY 11238-2458




AUDREY SIGNS                        BACKENROTH FRANKEL KRINSKY          BASILE CHAUFFOUR MADISON BORISKIN
600 W 57 ST FL 3                    800 THIRD AVENUE                    29 PUTNAM AVE
NEW YORK NY 10019-1050              11TH FLOOR                          APT 3C
                                    NEW YORK NY 10022-7651              BROOKLYN NY 11238-2457




BERLINE LUCIEN                      BEST HOUSEKEEPING IND INC           BRIAN DECOURCY
1564 UNION ST APT 3C                17 AVENUE A                         29 PUTNAM AVE
BROOKLYN NY 11213-4501              NEW YORK NY 10009-7944              APT 3D
                                                                        BROOKLYN NY 11238-2457




CHRISTINA FERWERDA HARGIS VUONG     COURTNEY KLENDER MAYA HUTCHISON     ELI SCHMITT MEGAN HICKS
29 PUTNAM AVE                       KEGAN QUIMBLY                       29 PUTNAM AVE
APT 2B                              29 PUTNAM AVE APT 3E                APT 4D
BROOKLYN NY 11238-2456              BROOKLYN NY 11238-2457              BROOKLYN NY 11238-2458




ELISE MCCLEAN                       HANNAH WINKLER                      HARRISON BROWN
29 PUTNAM AVE                       29 PUTNAM AVE                       29 PUTNAM AVE
APT 2A                              APT 3A                              APT 1B
BROOKLYN NY 11238-2456              BROOKLYN NY 11238-2457              BROOKLYN NY 11238-2462




JAZMINE DUGALL                      JOSEPH LORWIN                       LEIGH DELOLLIS JOANN GIOUROS
29 PUTNAM AVE                       29 PUTNAM AVE                       29 PUTNAM AVE
APT 4C                              APT 1D                              APT 4A
BROOKLYN NY 11238-2458              BROOKLYN NY 11238-2462              BROOKLYN NY 11238-2458




MIGUELS LOCKSMITH                   NYC CORPORATE TAX                   NYC DEPARTMENT OF FINANCE
672 4TH AVE STE 2                   66 JOHN STREET RM 104               66 JOHN STREET
BROOKLYN NY 11232-1265              NEW YORK NY 10038-3735              NEW YORK NY 10038-3728
```

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

```
NYC DEPT OF FINANCE                NYC WATER BOARD                         NYS DEPT OF TAX FINANCE
ATTN LEGAL AFFAIRS                 PO BOX 11863                            BANKRUPTCY UNIT
345 ADAMS ST 3RD FLOOR             NEWARK NJ 07101-8163                    PO BOX 5300
BROOKLYN NY 11201-3719                                                     ALBANY NY 12205-0300


NATHAN MANUEL                      OFFICE OF THE UNITED STATES TRUSTEE    ROSE BURNS
29 PUTNAM AVE                      US FEDERAL OFFICE BUILDING              29 PUTNAM AVE
APT 3B                             201 VARICK STREET                       APT 1A
BROOKLYN NY 11238-2457             SUITE 1006                              BROOKLYN NY 11238-2462
                                   NEW YORK NY 10014-4811


SANDRA FORD                        STATE OF NEW YORK                       STATEWIDE OIL HEATING
29 PUTNAM AVE                      ATTORNEY GENERALS OFFICE                611 COURT ST
APT 2D                             120 BROADWAY                            BROOKLYN NY 11231-2107
BROOKLYN NY 11238-2456             NEW YORK NY 10271-0002


TARA DUVIVIER                      TIME WARNER CABLE                       TUTTLE YICK LLP
29 PUTNAM AVE                      4161 KISSENA BLVD                       220 E 42 ST FL 29
APT 2C                             FLUSHING NY 11355-3189                  NEW YORK NY 10017-5817
BROOKLYN NY 11238-2456


UNITED STATES TRUSTEE              UNITED STATES OF AMERICA                WEBSTER LOCK HARDWARE
OFFICE OF THE UNITED STATES TRUSTEE CO US ATTORNEY                         2471 WEBSTER AVE
US FEDERAL OFFICE BUILDING         86 CHAMBERS STREET                      BRONX NY 10458-5590
201 VARICK STREET ROOM 1006        NEW YORK NY 10007-1825
NEW YORK NY 10014-7016


MARK A FRANKEL                     ANDREA STEPHENS                         BIG MIKES AC
BACKENROTH FRANKEL KRINSKY LLP     90 DOWNING ST                           269 LINKS DR W
800 THIRD AVENUE                   UNIT 12                                 OCEANSIDE NY 11572-5621
11TH FLOOR                         BROOKLYN NY 11238-2433
NEW YORK NY 10022-7651


BRYAN J VARGAS                     CARSON KEELY ORR MICAHEL MCFADDEN       CHARLENE SHEPPARD DUNCAN
90 DOWNING ST                      90 DOWNING ST                           90 DOWNING ST
UNIT 20                            UNIT 28                                 UNIT 3
BROOKLYN NY 11238-2459             BROOKLYN NY 11238-2432                  BROOKLYN NY 11238-2431


CHRISTOPHER BAKER                  CLARENCE BOOKMAN                        CRISTIAN DELA ROSA
90 DOWNING ST                      90 DOWNING ST                           90 DOWNING ST
BSMT                               UNIT 2                                  UNIT 5
BROOKLYN NY 11238-2446             BROOKLYN NY 11238-2431                  BROOKLYN NY 11238-2431


CRISTINA NEHME                     DARREN FAILS                            DEON BROWN
90 DOWNING ST                      90 DOWNING ST                           90 DOWNING ST
UNIT 11                            UNIT 24                                 UNIT 15
BROOKLYN NY 11238-2433             BROOKLYN NY 11238-2432                  BROOKLYN NY 11238-2433
```

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" WERE SERVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

DEVON SMITH
90 DOWNING ST
UNIT 32
BROOKLYN NY 11238-2434

DOROTHY DANIELS
90 DOWNING ST
UNIT 19
BROOKLYN NY 11238-2459

ELAINE SLOAN
90 DOWNING ST
UNIT 14
BROOKLYN NY 11238-2433

ELENA LUNYOVA
90 DOWNING ST
UNIT 39
BROOKLYN NY 11238-2460

ELISABETH MARANGOUDAKIS
90 DOWNING ST
UNIT 8
BROOKLYN NY 11238-2433

HARLEE GAUSE
90 DOWNING ST
UNIT 34
BROOKLYN NY 11238-2434

JANA CUNNINGHAM
90 DOWNING ST
UNIT 18
BROOKLYN NY 11238-2459

JAYE MELINO SOHAM JOGLEKAR
90 DOWNING ST
UNIT 40
BROOKLYN NY 11238-2460

JEFFREY ROBINSON
90 DOWNING ST
UNIT 25
BROOKLYN NY 11238-2432

JOSE URQUIJO
90 DOWNING ST
UNIT 22
BROOKLYN NY 11238-2459

KATHLEEN LUNDGREN
90 DOWNING ST
UNIT 4
BROOKLYN NY 11238-2431

KATHYANN FORSYTH
90 DOWNING ST
UNIT 36
BROOKLYN NY 11238-2434

KURLENE JOHN
90 DOWNING ST
UNIT 30
BROOKLYN NY 11238-2434

LOUIS VITELLI
90 DOWNING ST
UNIT 41
BROOKLYN NY 11238-2460

LUCAS DOWIAK
90 DOWNING ST
UNIT 1
BROOKLYN NY 11238-2431

MADALINE MCKAY
90 DOWNING ST
UNIT 26
BROOKLYN NY 11238-2432

MARK HOWARD
90 DOWNING ST
UNIT 27
BROOKLYN NY 11238-2432

MATTIE STEWART
90 DOWNING ST
UNIT 10
BROOKLYN NY 11238-2433

MICHAEL NACMIAS
90 DOWNING ST
UNIT 37
BROOKLYN NY 11238-2460

MIKAEL JOHNSON
90 DOWNING ST
UNIT 16
BROOKLYN NY 11238-2459

NEW YORK CITY ECB
99 JOHN ST
NEW YORK NY 10038-2903

NEW YORK CITY HPD
100 GOLD ST
NEW YORK NY 10038-1635

NICOLE SWEET
90 DOWNING ST
UNIT 38
BROOKLYN NY 11238-2460

PAIGE REGALADO FELIX EMILIANO VARGAS
MARYA FRIEDMAN
90 DOWNING ST UNIT 9
BROOKLYN NY 11238-2433

PATRICIA NILES
90 DOWNING ST
UNIT 6
BROOKLYN NY 11238-2431

ROSENBLUM BIANCO LLP
100 MERRICK ROAD SUITE 306E
ROCKVILLE CENTRE NY 11570-4831

SARAH CARPENTER
90 DOWNING ST
UNIT 30
BROOKLYN NY 11238-2434

19-134124-g9 Doc 23 Filed 01/14/20 Entered 01/14/20 10:04:19 Pg 15 of 17

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" WERE SERVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

```
VANESSA POOLE                        WHITNEY VAIRIN JENNIFER HANSEN        NATIONAL GRID
90 DOWNING ST                        90 DOWNING ST                         ACCOUNTS PROCESSING
UNIT 7                               UNIT 33                               ONE METROTECH CENTER
BROOKLYN NY 11238-2431               BROOKLYN NY 11238-2434                BROOKLYN NY 11201


ADAM LEONG                           ALEAH COX                             ANDREA CAMPBELL
425 GRAND AVE                        425 GRAND AVE                         425 GRAND AVE
UNIT D2                              UNIT D8                               UNIT C3
BROOKLYN NY 11238-2428               BROOKLYN NY 11238-2429                BROOKLYN NY 11238-2427


ANDREW DELISLE ALISA FUJITA          ANGELA DUFFY                          BM ELECTRICAL MAINTENANCE
425 GRAND AVE                        425 GRAND AVE                         900 ALPINE DR
UNIT B5                              UNIT B8                               TEANECK NJ 07666
BROOKLYN NY 11238-2423               BROOKLYN NY 11238-2427


BRADYLEY TUYAY JODY ANTIVOLA         CAROLINE GOLDSTEIN                    DANIT ABAUD
425 GRAND AVE                        425 GRAND AVE                         425 GRAND AVE
UNIT D5                              UNIT B2                               UNIT A2
BROOKLYN NY 11238-2428               BROOKLYN NY 11238-2418                BROOKLYN NY 11238-2418


DOROTHY MCCRAY                       ELIZABETH GEIST COLLEEN ROWE PETE     ENTECH BOILER CONTROLS
425 GRAND AVE                        MURRAY                                POB 339
UNIT C7                              425 GRAND AVE                         LAKEWOOD NJ 08701-0339
BROOKLYN NY 11238-2428               UNIT A5
                                     BROOKLYN NY 11238-2418


FRANK DELESSIO                       GERMAN MORA                           GRANT SHANEL
425 GRAND AVE                        425 GRAND AVE                         425 GRAND AVE
UNIT C5                              UNIT 1A                               UNIT B3
BROOKLYN NY 11238-2427               BROOKLYN NY 11238-2418                BROOKLYN NY 11238-2423


HTI VISIONS                          HALLIE MAZURKIEWICZ                   JACK JAFFA ASSOCIATES
345 KEAR ST SUITE 200                425 GRAND AVE                         147 PRINCE ST
YORKTOWN HEIGHTS NY 10598-4440       UNIT E4                               BROOKLYN NY 11201-3022
                                     BROOKLYN NY 11238-2438


JENNIFER VAN BENSCHOTEN              KARMA JOHNSON                         LARRY SINGLEY
425 GRAND AVE                        425 GRAND AVE                         425 GRAND AVE
UNIT C2                              UNIT C1                               UNIT C4
BROOKLYN NY 11238-2427               BROOKLYN NY 11238-2427                BROOKLYN NY 11238-2427


LEAD INVESTIGATION SERVICES LLC      MARIE HART MARIA ALEJANDRA GOMEZ      MARION GLASS COMPANY
147 PRINCE ST                        425 GRAND AVE                         2990 JEROME AVE
BROOKLYN NY 11201-3022               UNIT E6                               BRONX NY 10468-1345
                                     BROOKLYN NY 11238-2438
```

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" WERE SERVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| MATTHEW THOMPSON<br>425 GRAND AVE<br>UNIT D3<br>BROOKLYN NY 11238-2428 | MELANIE ALTAR<br>425 GRAND AVE<br>UNIT E8<br>BROOKLYN NY 11238-2438 | MICHAEL HYDE<br>425 GRAND AVE<br>UNIT B7<br>BROOKLYN NY 11238-2423 |
| MICHAELA DOANE<br>425 GRAND AVE<br>UNIT E5<br>BROOKLYN NY 11238-2438 | MICHELLE MORTENSEN JOSIE BALDNER<br>425 GRAND AVE<br>UNIT B1<br>BROOKLYN NY 11238-2418 | NYC DEPT OF BUILDING<br>12055 QUEENS BLVD<br>JAMAICA NY 11424-1002 |
| PAMELA HICKS<br>425 GRAND AVE<br>UNIT D4<br>BROOKLYN NY 11238-2428 | PETER LOUIS<br>425 GRAND AVE<br>UNIT C6<br>BROOKLYN NY 11238-2427 | PRO MAX MAINTENANCE SUPPLY INC<br>543 BEDFORD AVE 254<br>BROOKLYN NY 11211-8511 |
| SHANNON MCBEEN<br>425 GRAND AVE<br>UNIT A3<br>BROOKLYN NY 11238-2418 | SHAUNA SLEVIN<br>425 GRAND AVE<br>UNIT C8<br>BROOKLYN NY 11238-2428 | SINA TAHERKHANI<br>425 GRAND AVE<br>UNIT E3<br>BROOKLYN NY 11238-2438 |
| STEVEN HARWICK<br>425 GRAND AVE<br>UNIT A4<br>BROOKLYN NY 11238-2418 | TARA PURNELL<br>425 GRAND AVE<br>UNIT D6<br>BROOKLYN NY 11238-2429 | TONY FLACK<br>425 GRAND AVE<br>UNIT E1<br>BROOKLYN NY 11238-2429 |
| VICTOR ALMONTE<br>425 GRAND AVE<br>UNIT B6<br>BROOKLYN NY 11238-2423 | WILLA BENNET EMILY JOHNSON<br>425 GRAND AVE<br>UNIT D1<br>BROOKLYN NY 11238-2428 | WONHEE WOO<br>425 GRAND AVE<br>UNIT E7<br>BROOKLYN NY 11238-2438 |
| ZEBRA LOCK HARDWARE<br>17625 UNION TURNPIKE 235<br>FRESH MEADOWS NY 11366-1515 | AISHA COLLINS<br>435 GRAND AVE<br>UNIT 3B<br>BROOKLYN NY 11238-2469 | AMELIA CHARLETON ELSA IDRIZI ANGELIKA<br>ELEFTHERIOU<br>435 GRAND AVE<br>BROOKLYN NY 11238-2466 |
| ANA LOPEZ CHRISTOPHER WILLIAMS<br>435 GRAND AVE<br>UNIT 3D<br>BROOKLYN NY 11238-2469 | ANTHONY WALKER<br>435 GRAND AVE<br>UNIT 1A<br>BROOKLYN NY 11238-2467 | BRENDAN BUCKLEY<br>435 GRAND AVE<br>UNIT 2D<br>BROOKLYN NY 11238-2468 |
| CAROLINE JOHNSTON<br>435 GRAND AVE<br>UNIT 3E<br>BROOKLYN NY 11238-2469 | CITY OF NEW YORK<br>NYC LAW DEPARTMENT<br>100 CHURCH ST<br>NEW YORK NY 10007-2668 | CITY OF NEW YORK ECB<br>ENVIRONMENTAL CONTROL BOARD<br>66 JOHN ST<br>NEW YORK NY 10038-3724 |

19-13412-rg  Doc 23  Filed 01/14/20  Entered 01/14/20 10:04:19  Main Document
Pg 17 of 17

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL. FOR FURTHER DETAILS REGARDING
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE", REFER TO THE ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| CITY OF NEW YORK HPD<br>DEPT OF HOUSING PRESERVATION DEV<br>100 GOLD STREET 6TH FL<br>NEW YORK NY 10038-1605 | CON EDISON<br>4 IRVING PL<br>NEW YORK NY 10003-3598 | DS CREF3 CLINTON SENIOR NOTEBUYER LLC<br>114 EAST 13TH STREET<br>NEW YORK NY 10003-5329 |
| DELIA ROMAN<br>435 GRAND AVE<br>UNIT 2B<br>BROOKLYN NY 11238-7801 | DEPARTMENT OF THE TREASURY<br>INTERNAL REVENUE SERVICE<br>POST OFFICE BOX 7346<br>PHILADELPHIA PA 19101-7346 | EIRIE KIM EDWARD YUJOONG KIM<br>435 GRAND AVE<br>UNIT 4E<br>BROOKLYN NY 11238-2470 |
| ELIAS MELAD<br>435 GRAND AVE<br>UNIT 4B<br>BROOKLYN NY 11238-2486 | GILLIAN CRAIG COURTNEY KASSEL<br>KATHERINE FETSHCER<br>435 GRAND AVE UNIT 2C<br>BROOKLYN NY 11238-2468 | HARBI CORONEL<br>435 GRAND AVE<br>UNIT 1F<br>BROOKLYN NY 11238-7801 |
| JACK JAFFA<br>147 PRINCE STREET<br>BROOKLYN NY 11201-3022 | JACOB BARNET JEFFREY CLARK CHLOE<br>COMPTON<br>435 GRAND AVE<br>UNIT 2F<br>BROOKLYN NY 11238-2468 | JAMES POWELL<br>435 GRAND AVE<br>UNIT 1C<br>BROOKLYN NY 11238-2467 |
| JASPER DELAINE GREGORY DALAINE<br>435 GRAND AVE<br>UNIT 1H<br>BROOKLYN NY 11238-7801 | KIM WESTFALL<br>435 GRAND AVE<br>UNIT 4A<br>BROOKLYN NY 11238-2486 | KOSSOFF PLLC<br>271 BROADWAY SUITE 401<br>NEW YORK NY 10007 |
| LUIS FERNANDEZ SAMANTHA FERNANDEZ<br>435 GRAND AVE<br>UNIT 4D<br>BROOKLYN NY 11238-2470 | LUZ MEDRANO<br>435 GRAND AVE<br>UNIT 2G<br>BROOKLYN NY 11238-2468 | LYNSEY BONELL SHEM PENNANT<br>435 GRAND AVE<br>UNIT 1B<br>BROOKLYN NY 11238-2467 |
| MARGARET MEEHAN YODAI YASUNAGA<br>OLIVIA FLYNN ROCHENELLE MRIHGEILA<br>COFFY<br>UNIT 3F<br>BROOKLYN NY 11238 | MARY LOBB SARAH PRATT<br>435 GRAND AVE<br>UNIT 4G<br>BROOKLYN NY 11238-2470 | CNATIONAL GRID<br>ACCOUNTS PROCESSING KEDLI<br>1 METROTECH CTR N STE 1<br>BROOKLYN NY 11201-3872 |
| NORMA BENNET<br>435 GRAND AVE<br>UNIT 4F<br>BROOKLYN NY 11238-2470 | PATRICK TORPEY<br>435 GRAND AVE<br>UNIT 2E<br>BROOKLYN NY 11238-2468 | PAULETTE DURHAM<br>435 GRAND AVE<br>UNIT 3A<br>BROOKLYN NY 11238-2469 |
| RENA RUBENSTEIN<br>435 GRAND AVE<br>UNIT 2A<br>BROOKLYN NY 11238-7801 | SHANELLE GRIFFITH JARED JAMES<br>435 GRAND AVE<br>UNIT 3G<br>BROOKLYN NY 11238-2486 | |