Mark Frankel
Backenroth Frankel & Krinsky, LLP
800 Third Avenue, Floor 11
New York, New York  10022
(212) 593-1100

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------x

In re                                                                    Chapter 11

     27 Putnam Ave LP, *et al*,[1]                       Case No.  19-13412 (LGB)

                                                          Jointly Administered
                         Debtors.

----------------------------------------------------------x

## CERTIFICATION OF BALLOTS

        Backenroth Frankel & Krinsky, LLP, as attorneys for the above-captioned debtors (collectively, the "Debtors" hereby certifies as follows with respect to ballots received for voting to accept or reject the Debtors' Plan of Reorganization (the "Plan"):

### 27 Putnam Ave LP

        1.     Class 1: New York City Lien Charges – unimpaired and deemed to have accepted the Plan.

        2.     Class 2: First Mortgage – 1 insider claimant asserting $24,729,554 undisputed claim voted to accept the Plan.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: 27 Putnam Ave LP (7503); 90 Downing St LP (7503); 423 Grand Ave LP (7503); and 429 Grand Ave LP (7503).  Any terms not defined herein are defined in the Local Rule Affidavit filed in these chapter 11 cases, at Docket No. 10.

3. Class 3: Priority Claims – unimpaired and deemed to have accepted the Plan.

4. Class 4: General Unsecured Creditors – 6 claimants asserting $7,874 of undisputed claims voted to accept the Plan, and Grand Putnam Tenants Association, a disputed claimant asserting a $400,000 claim, voted to reject the Plan, however such claim has since been expunged,.

5. Class 5: Equity Security Holders – No ballots received.

## 90 Downing St LP

6. Class 1: New York City Lien Charges – unimpaired and deemed to have accepted the Plan.

7. Class 2: First Mortgage – 1 insider claimant asserting $24,729,554 undisputed claim voted to accept the Plan.

8. Class 3: Priority Claims – unimpaired and deemed to have accepted the Plan.

9. Class 4: General Unsecured Creditors – 7 claimants asserting $19,626 of undisputed claims voted to accept the Plan. Grand Putnam Tenants Association, a disputed claimant asserting a $400,000 claim, Nicole Sweet a disputed claimant asserting a $175,000 claim and Elena Lunyova, a disputed claimant asserting a $400,000 claim, voted to reject the Plan, however all such disputed claims have since been expunged.

10. Class 5: Equity Security Holders – Class 5: Equity Security Holders – No ballots received.

**423 Grand Ave LP**

11. Class 1: New York City Lien Charges – unimpaired and deemed to have accepted the Plan.

12. Class 2: First Mortgage – 1 insider claimant asserting $24,729,554 undisputed claim voted to accept the Plan.

13. Class 3: Priority Claims – unimpaired and deemed to have accepted the Plan.

14. Class 4: General Unsecured Creditors – 6 claimants asserting $27,923 of undisputed claims voted to accept the Plan. Grand Putnam Tenants Association, a disputed claimant asserting a $400,000 claim, Melanie Altar a disputed claimant asserting a $200,000 claim and Michele Mortensen, a disputed claimant asserting a $400,000 claim, voted to reject the Plan, however, all such disputed claims have since been expunged, except for approximately $5,000 of Ms. Mortensen's claim, which remains disputed.

15. Class 5: Equity Security Holders – No ballots received.

**429 Grand Ave LP**

16. Class 1: New York City Lien Charges – unimpaired and deemed to have accepted the Plan.

17. Class 2: First Mortgage – 1 insider claimant asserting $24,729,554 undisputed claim voted to accept the Plan.

18. Class 3: Priority Claims – unimpaired and deemed to have accepted the Plan.

19. Class 4: General Unsecured Creditors – 6 claimants asserting $27,923 of undisputed claims voted to accept the Plan. Grand Putnam Tenants Association, a disputed claimant asserting a $400,000 claim, and Jacob Dysart, a disputed claimant asserting a $200,000 claim, voted to reject the Plan, however such disputed claims have since been expunged,.

20. Class 5: Equity Security Holders – No ballots received.

Dated: New York, New York
       July 26, 2021

                                      BACKENROTH FRANKEL & KRINSKY, LLP
                                      Attorneys for the Debtors

                                      By:  s/Mark Frankel
                                          800 Third Avenue
                                          New York, New York 10022
                                          (212) 593-1100